November 20, 2014

Federal Correctional Institution
Virginia Ledesma-Cardenas Reg
5701 8th ST. Camp Parks Jail
Dublin, CA 94568

RECEIVED
DEC 0 1 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Dear Clerk of the Court:

Re: **Retroactive Level Reduction**

I'm currently serving a ___295___ month sentence, for offenses involving a drug prosecuted in the United States District Court, ___Southern IOWA___.

It's my understanding that recent changes in federal sentencing drug guidelines *may* make me eligible for a sentence reduction. I'm also aware that the **RETROACTIVE LEVEL REDUCTION** to the 2014 U.S Sentencing Guidelines will retroactively lower most base offense levels for all types of drug cases effective November 1, 2014.

I would like to inquiry if your office will be conducting any reviews of drug cases prosecuted in your District Court and if so, I wish to request assistance from your office to review my case.

I appreciate your assistance and attention to this matter. Please contact me by mail at the above address.

Sincerely,

_____

Federal Corectional Institution
Virginia Ledesma Cardenas
#06739-030 Unit E
5701 8th St Camp parks

OAKLAND CA 945
24 NOV 2014 PM 3 L

X-RAYED & CLEARED BY U.S.M.S. RV

06739-030
Us Court Clerk Of The Court
PO BOX 9344
DES Moines, IA 50309
United States