IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>VIRGINIA LEDESMA CARDENAS,<br><br>　　Defendant. | No. 4:02-cr-00276 – JEG<br><br>O R D E R |

　　This matter comes before the Court on Defendant's pro se motion for reduction of sentence following the action of the U.S. Sentencing Commission in adopting Amendment 782 to the U.S. Sentencing Guidelines.  This Court is currently reviewing cases and defendants to which the amendment may apply and whether any individual defendant should have counsel appointed for assistance in any related proceeding.  While the Sentencing Commission has acted to apply the amendment retroactively, no adjustment in an existing sentence can be effective until November 1, 2015.  Accordingly, Defendant's pro se motion to reduce, ECF No. 192, must be **denied** as premature.

　　**IT IS SO ORDERED**.

　　Dated this 5th day of December, 2014.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT